HINKLE LAW FIRM, LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206-6639
316-267-2000 / 316-264-1518 fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>DFC HOLDINGS, INC.<br><br>_____Debtor(s)_____ | Case No. 19-10541<br>Chapter 11 |
| IN RE:<br><br>C.S. POST, INC.<br><br>_____Debtor(s)_____ | Case No. 19-10542<br>Chapter 11 |
| IN RE:<br><br>THE OAK STREET PLANING MILL LLC<br><br>_____Debtor(s)_____ | Case No. 19-10543<br>Chapter 11 |
| IN RE:<br><br>DFC HOLDINGS LLC<br>dba Rose Cumming Chintzes<br><br>_____Debtor(s)_____ | Case No. 19-10544<br>Chapter 11 |
| IN RE:<br><br>EB MANUFACTURING LLC<br><br>_____Debtor(s)_____ | Case No. 19-10545<br>Chapter 11 |
| IN RE:<br><br>KENNETH MEYER LLC<br><br>_____Debtor(s)_____ | Case No. 19-10546<br>Chapter 11 |

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
Bankruptcy Case No.
Motion for Debtors for an Order Directing Joint Administration and Procedural Consolidation
Page 2

| IN RE: | |
|---|---|
| DFC CORP | Case No. 19-10547<br>Chapter 11 |
| Debtor(s) | |
| IN RE: | |
| PALMER HARGRAVE, INC. | Case No. 19-10548<br>Chapter 11 |
| Debtor(s) | |
| IN RE: | |
| DESSIN FOURNIR, INC. | Case No. 19-10549<br>Chapter 11 |
| Debtor(s) | |
| IN RE: | |
| THERIEN LLC | Case No. 19-10550<br>Chapter 11 |
| Debtor(s) | |
| IN RE: | |
| THE RIEN CORP | Case No. 19-10551<br>Chapter 11 |
| Debtor(s) | |
| IN RE: | |
| CLASSIC CLOTH, INC. | Case No. 19-10552<br>Chapter 11 |
| Debtor(s) | |

**MOTION OF DEBTORS FOR AN ORDER DIRECTING
JOINT ADMINISTRATION AND PROCEDURAL CONSOLIDATION**

COMES NOW the debtors, DFC Holdings, Inc., a Kansas corporation, C.S. Post, Inc., a

Kansas corporation, The Oak Street Planing Mill LLC, a Kansas limited liability company, DFC

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
 Bankruptcy Case No.
 Motion of Debtors for an Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 3

Holdings LLC, a Kansas limited liability company, EB Manufacturing LLC, a Kansas limited liability company, Kenneth Meyer LLC, a Kansas limited liability company, DCF Corp, a Kansas corporation, Palmer Hargrave, Inc., a Kansas corporation, Dessin Fournir, Inc., a Kansas corporation, Therien LLC, a Kansas limited liability company, The Rien Corp, a Kansas corporation and Classic Cloth, Inc., a Kansas corporation (the "Debtors"), and hereby move the Court for entry of an order, pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing joint administration and procedural consolidation of these cases.

In support thereof, the Debtors respectfully represent as follows:

## Introduction

1.

On April 8, 2019, the Debtors commenced their Chapter 11 cases (the "Petition Date"), by filing separate, voluntary petitions for relief under Chapter 11 of Title 11 (the "Bankruptcy Code").

2.

The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.

The Debtors continue to manage their properties. No trustee has been appointed in the cases. To date no Creditors' Committee has been appointed in the Debtors' cases.

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
Bankruptcy Case No.
Motion of Debtors for an Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 4

## Background

4.

The Debtors operate a custom furniture manufacturing business at Plainville, Kansas.

5.

There will be issues concerning the marshaling of the proceeds of assets held between the twelve cases. It will be difficult, if not impossible, to allocate the respective lien positions of the secured creditors between the twelve debtor cases, unless the cases are jointly administered.

## Requested Relief

6.

Bankruptcy Rule 1015(b) authorizes this Court to order the joint administration of the bankruptcy cases of a debtor, insiders, and affiliates.

7.

The Debtors anticipate that during the course of these cases, it will be necessary to file numerous motions and applications seeking relief on behalf of all of the Debtors. Accordingly, each debtor respectfully submits that procedural consolidation and joint administration of the Debtors' Chapter 11 cases is in the best interest of the Debtors' estates and creditors and will further the interest of judicial economy and administrative expediency by, among other things, eliminating the necessity of filing duplicate motions, entering duplicate orders and forwarding duplicate notices to creditors and parties-in-interest. This is not a request for substantive consolidation.

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
Bankruptcy Case No.
Motion of Debtors for an Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 5

8.

Each debtor proposes that the caption of the jointly administered Chapter 11 cases be as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| IN RE: | * | Case No: 19-10541 |
|---|---|---|
| DFC HOLDINGS. INC. | * | Chapter 11 |
| Debtor | * | **Jointly Administered** |

9.

Each debtor further proposes that a docket entry be made in each of the captioned cases substantially as follows:

"An order has been entered in this case directing the joint administration and procedural consolidation under Bankruptcy Rule 1015(b) of the Chapter 11 cases of DFC Holdings, Inc., Case No. 19-10541; C.S. Post, Inc., Case No. 19-10542; The Oak Street Planing Mill LLC, Case No. 19-10543; DFC Holdings LLC, dba Rose Cumming Chintzes, Case No. 19-10544; EB Manufacturing LLC, Case No. 19-10545; Kenneth Meyer LLC, Case No. 19-10546; DFC Corp, Case No. 19-10547; Palmer Hargrave, Inc., Case No. 19-10548; Dessin Fournir, Inc., Case No. 19-10549; Therien LLC, Case No. 19-10550; The Rien Corp, Case No. 19-10551 and Classic Cloth, Inc., Case No. 19-10552. The docket of DFC Holdings, Inc. should be consulted on all matters affecting any of these debtors in their jointly administered

In the United States Bankruptcy Court for the District of Kansas
IN RE:   DFC Holdings, Inc., et al.
           Bankruptcy Case No.
           Motion of Debtors for an Order Directing Joint Administration and Procedural Consolidation Pursuant to
           Bankruptcy Rule 1015(b)
Page 6

cases."

10.

The Debtors propose that a single law firm, the law firm of Hinkle Law Firm, LLC, represent them in the jointly administered case. There may be instances in which conflicts will result between the respective entities. The Debtors propose that in the event a legal conflict arises that any Creditors' Committee's counsel, if retained, prosecute such actions and that the Creditors' Committee counsel, if retained, defend or prosecute such actions or independent "conflict counsel" for both debtors be appointed under 11 U.S.C. §327 for that specialized purpose. The Debtors, however, believe that a matter of economy will result if one law firm represents both entities due to the integrated working relationship between the twelve entities.

**Notice**

11.

No trustee or examiner has been appointed in these Chapter 11 cases. The Debtors have served notice of this motion on: (i) the United States Trustee; (ii) the Internal Revenue Service; (iii) the Kansas Department of Revenue; and (vi) those creditors holding the twenty largest unsecured claims against the Debtors' estates. The Debtors submit that no other or further notice need be provided. No previous request for the relief sought herein has been made by the Debtors to this or any other court.

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
Bankruptcy Case No.
Motion of Debtors for an Order Directing Joint Administration and Procedural Consolidation Pursuant to Bankruptcy Rule 1015(b)
Page 7

## Conclusion

WHEREFORE, Debtors respectfully request that this Court enter an order directing that these cases be procedurally consolidated and jointly administered and granting such other relief as is just and proper under the circumstances.

RESPECTFULLY SUBMITTED:

HINKLE LAW FIRM, LLC


 /s/Edward J. Nazar
Edward J. Nazar, #09845
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
316.267.2000 / 316.264.1518 fax
enazar@hinklaw.com
*Attorneys for Debtors*