HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206-6639
316-267-2000 / 316-264-1518 fax

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE:<br><br>DFC HOLDINGS, INC.<br><br>Debtor(s) | Case No. 19-10541<br>Chapter 11 |
| IN RE:<br><br>C.S. POST, INC.<br><br>Debtor(s) | Case No. 19-10542<br>Chapter 11 |
| IN RE:<br><br>THE OAK STREET PLANING MILL LLC<br><br>Debtor(s) | Case No. 19-10543<br>Chapter 11 |
| IN RE:<br><br>DFC HOLDINGS LLC<br>dba Rose Cumming Chintzes<br><br>Debtor(s) | Case No. 19-10544<br>Chapter 11 |
| IN RE:<br><br>EB MANUFACTURING LLC<br><br>Debtor(s) | Case No. 19-10545<br>Chapter 11 |
| IN RE:<br><br>KENNETH MEYER LLC<br><br>Debtor(s) | Case No. 19-10546<br>Chapter 11 |

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
    Bankruptcy Case No.
    Corporate Resolution
Page 2

| IN RE: DFC CORP | Case No. 19-10547 Chapter 11 |
|---|---|
| Debtor(s) | |
| IN RE: PALMER HARGRAVE, INC. | Case No. 19-10548 Chapter 11 |
| Debtor(s) | |
| IN RE: DESSIN FOURNIR, INC. | Case No. 19-10549 Chapter 11 |
| Debtor(s) | |
| IN RE: THERIEN LLC | Case No. 19-10550 Chapter 11 |
| Debtor(s) | |
| IN RE: THE RIEN CORP | Case No. 19-10551 Chapter 11 |
| Debtor(s) | |
| IN RE: CLASSIC CLOTH, INC. | Case No. 19-10552 Chapter 11 |
| Debtor(s) | |

## CORPORATE RESOLUTION

A special meeting of the Board of Directors of DFC Holdings, Inc. was held. The corporation has a single director, Charles G. Comeau. Mr. Comeau is also President of the corporation.

By acclamation, it was approved by Mr. Comeau as sole director of DFC Holdings, Inc., a resolution

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
Bankruptcy Case No.
Corporate Resolution
Page 3

for the filing of a Chapter 11 proceeding in the United States Bankruptcy Court for the District of Kansas for DFC Holdings, Inc., together with its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc. The Oak Street Planing Mill LLC is a wholly owned subsidiary of Dessin Fournir, Inc.

It was, therefore, adopted by the Board of Directors of DFC Holdings, Inc. that DFC Holdings, Inc. and its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc., together with The Oak Street Planing Mill LLC, are authorized to file a Chapter 11 proceedings in the United States Bankruptcy Court for the District of Kansas.

The second order of business was the consideration of the law firm of Hinkle Law Firm LLC to represent DFC Holdings, Inc. and its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc., in their respective Chapter 11 proceedings. The Oak Street Planing Mill LLC is an wholly owned subsidiary by Dessin Fournir, Inc.

It was adopted by the Board of Directors that the law firm of Hinkle Law Firm LLC shall be engaged to represent DFC Holdings, Inc. and its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc., together with The Oak Street Planing Mill LLC, in their respective Chapter 11 proceedings.

The third order of business was the authorization of Charles G. Comeau, President of DFC Holdings, Inc., to appear on behalf of DFC Holdings, Inc. and its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc., in their respective bankruptcy proceedings and to otherwise do and perform any and all acts and deeds, and to execute all necessary documents on behalf of DFC Holdings, Inc. and its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc., in connection with said bankruptcy proceedings. The Oak Street Planing Mill LLC is a wholly owned subsidiary of Dessin Fournir, Inc.

It was, therefore, adopted that Charles G. Comeau, President, is authorized to appear in the bankruptcy proceedings on behalf of DFC Holdings, Inc. and its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc.,together with The Oak Street Planing Mill LLC, and to otherwise do and perform any and all acts and deeds and to

In the United States Bankruptcy Court for the District of Kansas
IN RE: DFC Holdings, Inc., et al.
Bankruptcy Case No.
Corporate Resolution
Page 4

execute and deliver all necessary documents on behalf of DFC Holdings, Inc. and its related subsidiaries, C.S. Post, Inc., DFC Holdings LLC, EB Manufacturing LLC, Kenneth Meyer LLC, DFC Corp, Palmer Hargrave, Inc., Dessin Fournir, Inc., Therien LLC, The Rien Corp and Classic Cloth, Inc., together with The Oak Street Planing Mill LLC, in connection with said bankruptcy proceedings.

There being no further business, the meeting was adjourned.

Charles G. Comeau, President and Sole Director of DFC Holdings, Inc.